UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNELL HURT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01439 (JDB) |
| ) | |
| METROPOLITAN POLICE DEPARTMENT, *et al*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant Metropolitan Police Department and Defendant Officer Brian P. Holland (hereinafter "Defendants"), by counsel, and pursuant to Fed. R. Civ. P. 6 (b)(1), respectfully move this Court for a thirty-day extension of time to file a response to plaintiff's Complaint, through and including November 14, 2005. In support of this motion, Defendants state as follows:

1. This case was filed on July 21, 2005, and the Office of the Attorney General received a request for representation from the Metropolitan Police Department ("MPD") and individually named defendant Officer Brian P. Holland on September 23, 2005. Undersigned counsel was assigned to this case on October 3, 2005.

2. Undersigned counsel requires additional time to investigate plaintiff's claim and prepare an appropriate answer or other response to plaintiff's lengthy complaint.

3. The allegations involve the investigative policies and procedures of the MPD and the conduct of the plaintiff and MPD officers at plaintiff's parole revocation hearing, which undersigned counsel must completely examine in order to respond to plaintiff's Complaint.

4. This motion is Defendants' first request for an extension of time.

5.     The granting of this motion will neither interfere with the administration of justice nor prejudice the parties herein.

Accordingly, for the reasons stated, Defendants respectfully request that the Court extend the time within which it may respond to plaintiff's Complaint, through and including November 14, 2005.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ *Holly M. Johnson* /s/
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III


/s/ *Niquelle M. Allen* /s/
NIQUELLE M. ALLEN
Assistant Attorney General
Bar Number 471480
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-Mail: niquelle.allen@dc.gov

## LOCAL RULE 7.1(m) CERTIFICATE

Undersigned counsel could not reach *pro se* plaintiff via telephone to obtain his consent to the motion, as plaintiff is currently residing at a correctional facility.

/s/ Niquelle M. Allen /s/
NIQUELLE M. ALLEN
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNELL HURT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01439 (JDB) |
| | ) |
| METROPOLITAN POLICE DEPARTMENT, *et al*, | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent powers of this Court.

3. The reasons stated in the Defendants' Motion for Extension of Time to Respond to the Complaint.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ *Holly M. Johnson* /s/
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

2

/s/ *Niquelle M. Allen* /s/
NIQUELLE M. ALLEN
Assistant Attorney General
Bar Number 471480
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-Mail: niquelle.allen@dc.gov

2