UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Donnell Hurt,<br><br>    Plaintiff,<br><br>        v.<br><br>District of Columbia Metropolitan Police Department, *et al.*,<br><br>    Defendants. | Civil Action No. 05-1439 (JDB) |

### ORDER

The District of Columbia Metropolitan Police Department moves to dismiss the complaint on the ground that it is not an entity that may be sued separately from the District of Columbia. It is correct. *See Hinton v. Metropolitan Police Dept., Fifth Dist.*, 726 F. Supp. 875 (D.D.C. 1989). Accordingly it is

ORDERED that the Metropolitan Police Department's motion to dismiss [# 7] is GRANTED; it is

FURTHER ORDERED that pursuant to Fed. R. Civ. P. 17(a) the District of Columbia is substituted as the real party in interest; and it is

FURTHER ORDERED that the District of Columbia shall answer or otherwise respond to the complaint within twenty (20) days of this Order.

                                                        s/
                                            JOHN D. BATES
                                    United States District Judge

Dated: November 17, 2005

Paper Copy to:

Donnell Hurt # 00035-000
Allenwood Federal Correctional Institution
P.O. Box 2000
White Deer, PA 17887