UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNELL HURT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01439 (JDB) |
| | ) |
| METROPOLITAN POLICE DEPARTMENT, *et al*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PRAECIPE NOTING WITHDRAWAL OF APPEARANCE**

Pursuant to LCvR 83.6(a), the Clerk shall please note the withdrawal of appearance of counsel, Assistant Attorney General, Niquelle M. Allen, on behalf of Defendants.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ *Holly M. Johnson* /s/
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

/s/ *Niquelle M. Allen* /s/
NIQUELLE M. ALLEN
Assistant Attorney General
Bar Number 471480
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-Mail: niquelle.allen@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this **21st day of November, 2005**, by first-class mail, postage prepaid, to:

> Donnell Hurt
> Inmate No. 00035000
> F.C.I. Allenwood
> White Deer, PA 17887
> *Pro Se Plaintiff*

/s/ *Niquelle M. Allen* /s/
NIQUELLE M. ALLEN
Assistant Attorney General