UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNELL HURT, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:05CV01439 (JDB) ) |
| METROPOLITAN POLICE DEPARTMENT, *et al*, | ) ) |
|     Defendants. | ) ) ) |

**NOTICE OF ENTRY OF APPEARANCE**

    Pursuant to LCvR 83.6(a), the Clerk shall please note the appearance of counsel, Holly M. Johnson, Assistant Attorney General, as counsel for the defendants.

    Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ *Holly M. Johnson* /s/
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 442-9874
(202) 727-3625 (fax)