UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNELL HURT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01439 (JDB) |
| | ) |
| METROPOLITAN POLICE DEPARTMENT, *et al*, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## AMENDED NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a), the Clerk shall please note the appearance of counsel, Holly M. Johnson, Assistant Attorney General, as counsel for the defendant, District of Columbia.[1]

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/ *Holly M. Johnson* /s/
    HOLLY M. JOHNSON [476331]
    Section Chief
    General Litigation Section III
    Sixth Floor South
    441 4th Street, N.W.
    Washington, D.C. 20001
    (202) 442-9874
    (202) 727-3625 (fax)

---

[1] In its prior Notice of Appearance, filed on this same day, undersigned counsel erroneously entered her appearance for all "defendants" in this action. The individual defendant in this action has not been served, and therefore has not requested representation. At this time, undersigned counsel enters her appearance for the District of Columbia only.