United States District Court
For The District of Columbia

Clerk's Office
333 Constitution Ave., N.W.
Washington DC 20001

Re: Hurt v. DC Metro. Police Dept
Case #: 05-1439
(JDB)

Dear Clerk of Court:

This is written to inform this Office that Plaintiff Donnell Hurt will be leaving his current address of FCI Allenwood, P.O. Box 2000, White Deer, PA., on November 25, 2005. Plaintiff Donnell Hurt will be arriving at his new address at: Hope Village Community Correctional Center on November 25, 2005. The address is: 2840 Langston Place, S.E., Washington DC 20020. Telephone # 202 678 1077 / 202 678 1551.

Please Foward all correspondence at this address.

CC: Niquelle M. Allen
Assistant Attorney General
Bar # 471480  Suite 6S059
441 4th Street, N.W.
Washington DC 20001

This 22nd Day of November 2005.

Thank you Kindly,
Donnell Hurt
FCI Allenwood
P.O. Box 2000
White Deer, PA.
17887