UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNELL HURT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action 1:05CV01439 (JDB) |
| | ) |
| DISTRICT OF COLUMBIA, <u>et al.</u> | ) |
| | ) |
|     Defendants. | ) |

**<u>DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS</u>**

Defendant District of Columbia, by and through counsel, respectfully moves this Honorable Court to dismiss the above-referenced action pursuant to Fed. R. Civ. P 12(b)(5) and Fed. R. Civ. P 4(m). The District of Columbia was never served with process in this matter pursuant to Fed. R. Civ. P. 4(j)(2). The District respectfully requests that this Court grant its Motion to Dismiss. In support of this Motion, the District has attached and incorporated hereto a Memorandum of Points and Authorities.

                                            Respectfully Submitted,

                                            ROBERT J. SPAGNOLETTI
                                            Attorney General for the District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General
                                            Civil Litigation Division


                                            __/s/_____
                                            PATRICIA A. JONES [428132]
                                            Chief, General Litigation Sec. IV

       \_\_/s/_____
MATTHEW W. CASPARI [488295]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6650; (202) 727-6295

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 9th day of Dcember, 2005, that a copy of the foregoing Motion to Dismiss, Memorandum of Points and Authorities in support thereof, and Proposed Order were mailed postage prepaid to:

Donnell Hurt
Hope Village Community Correctional Center
2840 Langston Place, S.E.
Washington, D.C. 20020

       \_\_/s/_____
MATTHEW CASPARI
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNELL HURT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, <u>et al.</u> )<br>)<br>Defendants. ) | Civil Action 1:05CV01439 (JDB) |

**DISTRICT OF COLUMBIA'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS**

I. Statement of Facts

Plaintiff filed suit on July 21, 2005, alleging a cause of action under 42 U.S.C. § 1983 against the Metropolitan Police Department (MPD) and Officer Brian Holland as a result of alleged erroneous testimony provided by Officer Holland at plaintiff's parole revocation hearing. See Complaint. MPD's General Counsel's office was served with process on September 22, 2005. See Docket #5. There is no evidence that Officer Holland has ever been served. See Docket #14.

MPD filed a motion to dismiss on November 14, 2005, alleging that it is <u>non</u> <u>sui</u> <u>juris</u>. See Docket #7. On November 17, 2005, the Court granted MPD's motion to dismiss but substituted the District of Columbia as a party, and further ordered the District of Columbia to answer or otherwise respond to the plaintiff's complaint. See Docket #8. In compliance with this Court's Order, the District of Columbia herein moves to dismiss the Complaint as it has never been served in this matter, and has not waived its right to receive proper service pursuant to Court rules.

3

II. Argument

A.   Plaintiff Failed To Serve the District of Columbia.

Fed. R. Civ. P. 4(j)(2) provides:

Service upon a state, municipal corporation, or other governmental organization subject to suit shall be effected by delivering a copy of the summons and of the complaint to its chief executive officer or by serving the summons and complaint in the manner prescribed by the law of that state for the service of summons or other like process upon any such defendant.

Fed. R. Civ. P. 4(l) requires plaintiff to file proof of service on the District of Columbia with the court. Plaintiff has failed to file such proof. See Docket, generally. Accordingly, the District's Motion to Dismiss should be granted, because it has not been properly served in accordance with Rule 4.

Furthermore, Fed. R. Civ. P. 4(m) requires dismissal of plaintiff's complaint. Fed. R. Civ. P. provides:

If service of a summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided, that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Although the Court substituted the District as the proper party in this action, it did not extend the time for which service was required to be effected. See Docket, generally. Plaintiff has maintained this action since July 21, 2005, and yet the record demonstrates no efforts on his part to serve the District. Accordingly, dismissal is appropriate.

Respectfully Submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

4

                    _____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

                    _____
MATTHEW W. CASPARI [488295]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6650; (202) 727-6295

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNELL HURT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  Civil Action 1:05CV01439 (JDB) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Upon consideration of the District of Columbia's Motion to Dismiss, the memorandum of points and authorities in support thereof, the plaintiff's opposition, if any, and the entire record herein, it is by this Court, this _____ day of _____, 200____.

ORDERED that the Complaint is hereby DISMISSED for the reasons stated in the District's motion.

_____
JUDGE JOHN D. BATES
The United States District Court for
the District of Columbia