UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Donnell Hurt,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**District of Columbia Metropolitan Police Department,** *et al.***,**<br><br>    **Defendants.** | Civil Action No.  05-1439 (JDB) |

## ORDER

The District of Columbia moves to dismiss the complaint on the ground of insufficiency of service of process.  By Order of November 17, 2005, the Court substituted the District of Columbia as the proper defendant.  Plaintiff is proceeding *in forma pauperis*.  Pursuant to Fed. R. Civ. 4(c)(2), the court officers are responsible for effecting service of process.  Accordingly it is

ORDERED that the District of Columbia's motion to dismiss [# 15] is DENIED; and it is

FURTHER ORDERED that absent the District of Columbia's waiver of service within five (5) days of this Order, the Clerk shall prepare and issue summons to the District of Columbia and provide the summons and a copy of the complaint to the United States Marshals Service to effect service of same upon the District of Columbia.

                                                                 s/
                                                        JOHN D. BATES
                                                   United States District Judge

Dated: December 12, 2005

Paper Copy to:

Donnell Hurt
Hope Village Community Correctional Center
2840 Langston Place, SE
Washington, DC 20020