U.S. District Court
District of Columbia
Washington D.C. 20001

Clerk's Office
US District Court
District of Columbia

RECEIVED
DEC 23 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: Hurt v. District of Columbia
Metropolitan Police Dept.
Officer Brian Holland
et. al. Defendants.

Case No. 05-1439 (JDB)

Dear Clerk of Court:                                   Date: 12-20-05

This writer Donnell Hurt is the Plaintiff in the above caption case and wants to inform the Clerk's Office of his whereabouts and his present place of confinement as of this writing (December 20, 2005). On November 17, 2005, This Court ordered the Defendant, District of Columbia, to respond to plaintiff's complaint before December 7, 2005. However, Plaintiff has not gotten any response from the Defendant since the Court's order. Moreover, Plaintiff was abruptly removed from his place of residence at 2840 Langston Place S.E. Washington D.C. on December 12, 2005 by the United States Marshal Service. Plaintiff was taken to the District of Columbia Detention Facility (DC Jail) located at 1901 D St S.E. Washington DC. Since Plaintiff's placement in DC Jail he has not been able to contact the Court (until now), has not been able to make legal calls, has not received any of his personal property containing his legal materials. No reason was given to plaintiff for his placement in D.C. Jail from his residence of 2840 Langston Pl. S.E. Therefore Plaintiff Donnell Hurt is informing this Office of his present place of confinement. Plaintiff has a scheduled parole release date of December 30, 2005. His place of residence will be located at 16 Chesapeake St S.W. Wash DC 20032. Please be advised that any future legal correspondence should be forwarded to this address after December 30, 2005.

Sincerely
Donnell Hurt

This 20th Day of December, 2005.