# United States Court of Appeals
### For The District of Columbia Circuit



**No. 98-7046**

September Term, 1997

97cv00696

Donnell Hurt,
    Appellant

v.

District of Columbia Government,
    Appellee

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

JUL 2 3 1998

CLERK

## ORDER

By order filed June 12, 1998, appellant was directed to show cause on or before July 14, 1998.  Appellant received and signed for the order June 25, 1998.  To date, no response to the order has been received by the court.  Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution.  See D.C. Cir. Rule 38.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing.  See D.C. Cir. Rule 41.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

BY:        /s/ Willa M. Williams
                              Willa M. Williams
                              Deputy Clerk

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

