# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 11/14/97
BY: E. Brown, Deputy Clerk

No. 97-7115

September Term, 1997

98cv01908

Donnell Hurt,
    Appellant

v.

David Roach, Warden, at maximum security facility, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
OCT - 3 1997
CLERK

## ORDER

FILED
NOV 17 1997
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

    By orders filed July 18, 1997, appellant was directed to file certain initial submissions, a Prisoner Trust Account Report and a Consent to Collection of Fees on or before August 18, 1997. To date, appellant has not submitted the required submissions. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing. See D.C. Cir. Rule 41.

                                  FOR THE COURT:
                                  Mark J. Langer, Clerk

                      BY: Linda Jones
                           Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: E. Brown, Deputy Clerk

REPRODUCED AT THE NATIONAL ARCHIVES

28