UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
DONNELL HURT,                                  )
                                               )
          Petitioner,                          )
                                               )
     v.                                        )     Civil Action No. 01-1760 (PLF)
                                               )
EDDIE PEARSON,                                 )     **F I L E D**
                                               )
          Respondent.                          )     APR 2 3 20'
_____)
                                                     NANCY MAYER WHITTINGTON, CLERK
                                                          U S DISTRICT COURT

## MEMORANDUM OPINION

Petitioner is a District of Columbia prisoner currently confined at the

Greensville Correctional Center in Jarrett, Virginia.  He filed this petition for a writ of habeas

corpus to challenge his denial of parole by the United States Parole Commission on March 13,

2001.  The Parole Commission filed an opposition to which it attached a corrected decision,

dated January 7, 2002, that addresses petitioner's primary argument.  Petitioner was given

time to respond to the Parole Commission's opposition.  See Orders of January 16 and

February 5, 2002.  Instead, petitioner moves to withdraw his petition for a writ of habeas

corpus as conceded.  Petitioner's motion will be granted and the petition denied.

An appropriate order accompanies this Memorandum Opinion.

DATE: __4/19/02__

PAUL L. FRIEDMAN
United States District Judge