UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Donnell Hurt,<br><br>    Plaintiff,<br><br>    v.<br><br>District of Columbia Metropolitan Police Department, *et al.*,<br><br>    Defendants. | Civil Action No. 05-1439 (JDB) |

### ORDER

This matter is before the Court on defendant District of Columbia's motion to dismiss. Plaintiff, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss by **February 27, 2006**. If plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss the case.

s/<br>
JOHN D. BATES<br>
United States District Judge

Dated: January 23, 2006

Paper copy to:

Donnell Hurt
16 Chesapeake Street, SW
Washington, DC 20032