United States District Court
For The District of Columbia

Donnell Hurt,
    Plaintiff,

v.

District of Columbia
Metropolitan Police Dept., et al.,
    Defendants.

Civil Action No. 05-1439 (JDB)

RECEIVED
FEB 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion For An Extention of time in which to Respond to the Defendant District of Columbia's Motion to Dismiss Dated January 23, 2006.

Comes Now Pro Se Plaintiff Donnell Hurt in pursuant to the Federal Rules of Civil Procedure Rule which Allows the Court to grant an Extention of time. Plaintiff is Respectfully Requesting that this Court Allow an Extention of 30 Days From the Date of the Court's Order of February 27, 2006. Plaintiff is Requesting that this Court Allows his Response to be Submitted by March 29, 2006. For the Following Reasons:

1. The Defendant District of Columbia never mailed to the Plaintiff a copy of the Motion to Dismiss, Memorandum of Points and Authorities in support thereof, and Proposed Order. Plaintiff had visited the Clerk's Office at United States District Court For the District of Columbia where he had inquired about the status of his case. Upon his request, Plaintiff was informed that the District of

Columbia had filed a Motion to Dismiss dated January 23, 2006. Upon hearing this, Plaintiff told the Clerk that he never received his copy of the Defendant's Motion. The Clerk then gave Plaintiff a copy of the Motion from the computer.

2. Until just recently, Plaintiff was not able to find a law library where he could research and properly prepare his case and submit his response on time.

3. The Defendant, District of Columbia, will not be prejudiced by the Court's allowing Plaintiff's Motion for an Extention of time since Plaintiff is proceeding Pro Se and, until recently, he did not have access to a law library where he would be able to do research in preparation for his response.

Wherefore, Plaintiff prays that this Court will grant this Motion and allow Plaintiff to submit his response by March 29, 2006.

## Certificate of Service

I Donnell Hurt hereby certify that a copy of this Motion for an Extention of time was mailed postage prepaid to:

Matthew Caspari
Asst. Attorney General
441 Fourth Street, N.W.
6th Floor South
Washington, D.C. 20001

This 22nd Day of February 2006.

Respectfully Submitted,
s/ Donnell Hurt
Donnell Hurt
16 Chesapeake St. S.W.
Apt. 4
Washington DC
20032