*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

DONNELL HURT

vs.                                              Case No.   05-cv-01439-JDB

DISTRICT OF COLUMBIA

## NOTICE REGARDING EXHIBIT ATTACHMENT

Pursuant to the procedures for filing documents electronically, as outlined in the previous order of the Court, this Notice serves as notification that two cassette tapes have been filed in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

Date: March 28, 2006