United States District Court
For The District of Columbia

Donnell Hurt,
　　　plaintiff,

　　　V.

District of Columbia
Metropolitan Police Dept.,
Officer Brian P. Holland,
　　　Defendants.

Civil Action # 05-1439
　　　(J.D.B.)

Notice of Change of Address

Comes Now Plaintiff Pro Se Donnell Hurt is making This Honoralbe Court aware of his change in Address. Please be advised of this Notice.

Plaintiff Donnell Hurt is currently residing at his new address of 4320 Halley Terrace S.E. Washington D.C. 20032.

Plaintiff no longer lives at 16 Chesapeake St SW. Washington DC 20032, as of this writing.

Plaintiff is requesting this Court to Forward or Mail, all Future Correspondence or Mail, to him at his New Address.

Copy of this Notice was mailed to:

Matthew W. Caspari
Assistant Attorney General
441 4th St. N.W. 6th Floor South
Washington DC 20001

Respectfully Submitted,
s/ Donnell Hurt
Donnell L. Hurt
4320 Halley Terrace SE
Washington DC 20032

This 5th Day of April 2006.

RECEIVED

APR - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT