UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Donnell Hurt,**  <br><br>    **Plaintiff,**  <br><br>        v.  <br><br>**District of Columbia Metropolitan Police Department,** *et al.***,**  <br><br>    **Defendants.** | Civil Action No.  05-1439 (JDB) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendants' motion to dismiss [Doc. No. 19] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**.  This is a final appealable Order.

                                            s/
                                    JOHN D. BATES
                              United States District Judge

Dated: May 17, 2006