United States District Court
For The District of Columbia

Donnell Hurt,
    Plaintiff,

v.

District of Columbia
Metropolitan Police Dept, et al,
    Defendants.

Civil Action # 05-1439(JDB)

RECEIVED
MAY 25 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion For Reconsideration of the Entire Record and the Dismissal of Plaintiff's Complaint

Comes now pro se plaintiff Donnell Hurt respectfully requests this Honorable Court to reconsider its decision to dismiss plaintiff's complaint for the following reasons:

Plaintiff contends that this Court either abused it Authorit or fail to consider irrefutable exhibits or materials that plaintiff submitted to this Court along with his Return opposition Response filed in this Court on March 27, 2006.

Plaintiff submits this Motion For Reconsideration because he believes that if the entire record was considered by this Court along with the exhibits (cassette tapes, affidavit, etc.) then he would have survive defendants motion to dismiss based on the law.

In addition, This Court ordered the U.S. Marshall Service to serve copies of summons and complaints to the Defendants including Officer Brian P. Holland, employee at the D.C. Metropolitan Police Dept. Yet The U.S. Marshall Service never serve copies of the

2.

Summons and complaint to Officer Brian P. Holland contrary to a court's order.

Plaintiff contends that since he is African American and an ex-offender this court's clerks intentionally disregard his civil complaint against Officer Brian P. Holland who is Caucasian.

Moreover, this court fail to sanction the U.S. Marshall Service for failure to serve copies of the summons and complaint to Officer Brian P. Holland.

Plaintiff contends that he is a victim of judicial racism and that because he is proceeding pro se the facts of his complaint and return opposition response were being overlooked.

Therefore, plaintiff is respectfully requesting that this court will allow his complaint and exhibits and other materials to be ~~reconsider~~ reconsidered by the Judge and not by clerks Att or LC.

## CERTIFICATE OF SERVICE

Plaintiff certifies that a copy of the Motion for Reconsideration was mailed to
Matthew W. Caspari
Office of Attorney General
441 4st NW 6th Fl. South
Washington DC 20001

Respectfully Submitted
Donnell Hurt

This 23th Day of May 2006.