UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Donnell Hurt,**<br><br>　　**Plaintiff,**<br><br>　　　　v.<br><br>**District of Columbia Metropolitan Police Department,** *et al.***,**<br><br>　　**Defendants.** | Civil Action No.  05-1439 (JDB) |

# ORDER

　　Plaintiff moves for reconsideration of the Memorandum Opinion and Order issued on May 17, 2006, dismissing this case.  Motions for reconsideration are committed to the sound discretion of the trial court.  *See Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996).  A motion for reconsideration need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Id*. (citations and quotations omitted).  Having considered the motion under Fed. R. Civ. P. 59, the Court finds no grounds for vacating the dismissal order.  Accordingly, it is

　　**ORDERED** that plaintiff's motion for reconsideration [Doc. No. 26] is **DENIED.**

　　　　　　　　s/<br>
　　　　JOHN D. BATES<br>
　　United States District Judge

Dated: May 30, 2006

Case 1:05-cv-01439-JDB    Document 27    Filed 05/30/2006    Page 2 of 2