# United States District Court
# For the District of Columbia

Donnell Hurt,
    Plaintiff,

v.

District of Columbia Metropolitan Police Dept., et. al,
    Defendants.

CASE # 05-1439 (JDB)

## Notice of Appeal

Comes now plaintiff Donnell Hurt proceeding pro se files this Notice of Appeal of the Decision and Order of Judge John D. Bates to Dismiss plaintiff's Complaint and Return Opposition Response and the materials and exhibits and plaintiff's motion for reconsideration.

Plaintiff is request this court to submit this Notice of Appeal and the entire record to the Court of Appeals for the D.C. Circuit.

## Certificate of Service

I Donnell Hurt certify that a copy of this Notice of Appeal was served postage prepaid to:

Matthew W. Caspari
Office of Attorney General
441 4th St. NW
6th Floor South
Washington DC 20001

This ____ day of ____, 2006.

Respectfully Submitted,
Donnell Hurt

RECEIVED
JUN 19 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT