# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-7105                                  September Term, 2006

05cv01439

Filed On:

Donnell Hurt,
    Appellant

v.

District of Columbia and Brian P. Holland, Officer, sued in his individual and official capacity,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
SEP 8 2006
CLERK

## ORDER

By order filed July 18, 2006 appellant was ordered to file certain initial submissions. Appellant was warned that failure to file these documents would result in dismissal of this appeal. To date no submissions have been received from appellant. On August 8, 2006 appellees filed a motion for summary affirmance. Appellant's response was due by August 21, 2006. To date no response has been received. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

FOR THE COURT:
Mark J. Langer, Clerk

BY: MaryAnne McMain
Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 10/16/06
BY: _____ Deputy Clerk
ATTACHED: __ Amending Order
                    __ Opinion
                    __ Order on Costs

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk